

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| WESTERN TECHNOLOGIES, INC., An Arizona Corporation, | § | No. 08-17-00232-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 448th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| OMNIVATIONS II, L.L.C., A Texas Limited Liability Company, | § | |
| | § | (TC# 2017DCV2600) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.